**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 636 MAL 2023

         Respondent               :

                                        :    Petition for Allowance of Appeal

               v.                    :    from the Order of the Superior Court

                                        :

NATHAN WILLIAM WEAVER,         :

         Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of August, 2024, the Petition for Allowance of Appeal is **DENIED**.